```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION

PRIMERICA LIFE INSURANCE        §
COMPANY,                        §
                                §
VS.                             §   CASE NO. 4:24-CV-864-Y
                                §
LAFIESHA MASON, ET AL.          §
```

### AGREED FINAL JUDGMENT

Before the Court is the parties' Joint Motion for Entry of Agreed Final Judgment (doc. 15). Based on the Court's prior rulings and the parties' announcement of settlement, the Court enters this agreed final judgment:

The Court has jurisdiction over this proceeding; Xavier Bass ("Xavier") failed to answer or otherwise appear; and the time for Xavier to answer or otherwise appear has expired.

Having considered Plaintiff's motion for default judgment ("the motion") against Xavier, and otherwise being fully informed, the Court found that the record supports entry of default judgment and, on April 3, 2025, entered an order granting the motion, which is incorporated herein by reference.

Accordingly, any and all claims, demands, debts, or causes of action that Xavier could have asserted against Primerica Life Insurance Company ("Primerica") or its agents with regard to the Primerica's Policy No. 0488201051 issued to Gene Bass ("the

"policy") or the proceeds due thereunder ("the policy proceeds") are **DISMISSED WITH PREJUDICE.**

Additionally, Primerica and its agents are fully and finally discharged of any further obligation to Xavier from the policy or policy proceeds; and Xavier is enjoined and restrained from instituting or prosecuting any proceeding in any state or United States court regarding the policy or policy proceeds.

Further, all claims asserted or assertable by and between Primerica, on the one hand, and LaFiesha Mason and Alexus Mason, individually and as Independent Administrator of the Estate of Gene Bass, on the other hand, are **DISMISSED WITH PREJUDICE.**

Finally, all parties pay their own costs. This is a final judgment, disposing of all claims and parties in this lawsuit.

SIGNED May 2, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE